## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| SHANTEL BACON,              )<br>                                              )<br>     Plaintiff,                          )<br>                                              )<br>v.                                         )<br>                                              )<br>DISCOVER FINANCIAL SERVICES, INC.,  )<br>                                              )<br>     Defendant.                        ) | No. 8:14-cv-3856 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SHANTEL BACON ("Plaintiff"), through her attorneys, pursuant to Fed. R. Civ., P. 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) herby voluntarily dismisses, without prejudice, this action.

Dated: January 15, 2015                          RESPECTFULLY SUBMITTED,

                                                           By:  /s/ Deborah Van Bergen
                                                                  Deborah Van Bergen
                                                                  Federal Bar No. 13998
                                                                  D. G. Van Bergen, P.A.
                                                                  1406 B Crain Hwy S Ste 104
                                                                  Glen Burnie, MD 21061
                                                                  Office: 410-863-1012
                                                                  E-mail: deborah.vanbergen@cavtel.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2015 the foregoing was filed with the Clerk of Court by using the CM/ECF system and that a true and correct copy was served on Matt Wagman, Miles & Stockbridge P.C., via email to mwagman@milesstockbridge.com.

                                                                  /s/ Deborah Van Bergen
                                                                  Deborah Van Bergen